UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.: 2:23-CR-0016 |
| ) | |
| DENNIS MITCHELL ) | |
| ) | |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on or about November 30, 2023, Dennis Mitchell (the "defendant") entered a plea of guilty to the offense charged in Count One of the above-captioned Indictment, charging a violation of 18 U.S.C. § 922(g)(1);

WHEREAS, on February 15, 2024, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that the Smith & Wesson .38 caliber revolver (S/N D153566); the Lorcin I25, .25 caliber pistol (S/N 333756); and the Cobra FS380, .380 caliber pistol (S/N FS087889) (hereinafter, the "Subject Property") was property forfeitable to the United States;

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning February 27, 2024, through and including March 27, 2024 (Doc. 39-1 at 3), and a potential third party claimant was notified also (Doc. 40); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Subject Property and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c)[1], and the Preliminary Order, all right, title, and interest in the Subject Property is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Subject Property in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Southern District of Georgia shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Order.

SO ORDERED this 26 day of July 2024.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] As noted in the preliminary order of forfeiture (Doc. 30 at 1), other forfeiture statues, particularly 21 U.S.C. §§ 853(a) and 881, were inadvertently listed in the Indictment (Doc. 1) and the Plea Agreement (Doc. 22); however, the correct statues are 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).