AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA,

v.

DENNIS MITCHELL,

    Defendant.

JUDGMENT OF FORFEITURE

CASE NUMBER: 2:23-cr-016

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order entered July 29, 2024, the United States' Motion for Forfeiture of Property is granted regarding a Smith & Wesson .38 caliber revolver (S/N D153566); a Lorcin I25, .25 caliber pistol (S/N 333756); and a Cobra FS380, .380 caliber pistol (S/N FS087889) ( known as the "Subject Property"). All right, title, and interest in the Subject Property are hereby condemned, forfeited, and vested in the United States of America. The United States Marshals Service, or its duly authorized agents and/or contractors, are directed to dispose of the Subject Property in accordance with all applicable laws and regulations. The United States District Court for the Southern District of Georgia shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and the Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

_July 29, 2024_
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020